Betty Louise Dyer, Plaintiff-Appellant, v. Roger J. Marcy, Jr., Individually and as Trustee Under Last Will and Testament of Roger J. Marcy, Sr., Deceased, Defendant-Appellee.

Roger J. Marcy III, Robin Hood Marcy, Donna Lynn Marcy, and Michael W. Dyer, Defendants-Appellants.

Gen. No. 45,717.

Bell, Boyd, Marshall & Lloyd, for certain appellant; Thomas L. Marshall, Charles T. Martin, Jr., and Thomas R. McMillen, of counsel; Latimer, Donovan & Brown, for certain other appellant; Ronald N. Brown, and John W. Day, of counsel; Lionel G. Thorsness, for certain other appellant; Allen I. Rubenstein, for certain other appellant; A. C. Lewis and Fred Rohde, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed October 29, 1952; released for publication November 17, 1952.